IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF SOUTH CAROLINA

CIVIL ACTION NUMBER 4:14-CV-00013-FL

| | |
|---|---|
| SANDRA F. DANNA<br><br>    Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., a Minnesota Corporation;<br>MEDTRONIC SOFAMOR DANEK, USA, Inc., a Tennessee Corporation<br><br>    Defendants. | **ORDER GRANTING THE PARTIES' JOINT MOTION FOR A CONTINUED STAY OF THE PROCEEDINGS** |

The Court, having considered the Parties' Joint Motion for a Continued Stay of the Proceedings, hereby grants the Motion and extends the stay of proceedings in this action to August 30, 2014. A status report or voluntary dismissal is due as of August 30, 2014.

This the __15th__ day of __July__, 2014.

_____
Louise W. Flanagan
United States District Court Judge