IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF SOUTH CAROLINA

CIVIL ACTION NUMBER 4:14-CV-00013-FL

| | |
|---|---|
| SANDRA F. DANNA, <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC., a Tennessee corporation, <br><br> Defendants. | ORDER GRANTING JOINT MOTION FOR A CONTINUED STAY OF THE PROCEEDINGS |

Upon consideration of the Joint Motion for Continued Stay of Proceedings of Plaintiff Sandra Danna and Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc., the Joint Motion is GRANTED. A joint status report or voluntary dismissal is due by October 15, 2014.

This the 29th day of August, 2014.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE