IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF SOUTH CAROLINA

CIVIL ACTION NUMBER 4:14-CV-00013-FL

| SANDRA F. DANNA | |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR A CONTINUED STAY OF THE PROCEEDINGS** |
| MEDTRONIC, INC., a Minnesota Corporation; MEDTRONIC SOFAMOR DANEK, USA, Inc., a Tennessee Corporation | |
| Defendants. | |

Upon consideration of the Joint Motion for Continued Stay of Proceedings of Plaintiff Sandra Danna and Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc., the Joint Motion is GRANTED. A joint status report or voluntary dismissal is due by December 15, 2014.

This the 16th day of October, 2014.

_____
Louise W. Flanagan
United States District Court Judge